**Opinion issued October 6, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00685-CV

———————————

## IN RE AMY WILLIAMS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION[*]

Relator, Amy Williams, seeks mandamus relief from two orders signed July 30, 2015, one temporarily terminating the writ of withholding until October 2, 2015, and the other reinstating the writ on October 2, 2015.

The petition for writ of mandamus is denied. All pending motions are denied as moot.

---

[*] The underlying case is *In the Interest of G.N.H., A Child*, in the 309th District Court of Harris County, Cause No. 703024.

1

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.